JAVERBAUM, WURGAFT, HICKS,
KAHN, WIKSTROM & SININS, P.C.
1338 NORTH AVENUE
ELIZABETH, NEW JERSEY 07208
TEL:(908)368-1058
FAX:(908)354-0360
Attorney(s) for Plaintiff(s)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HECTOR LOPEZ, | :CIVIL ACTION |
| | :CASE NO.: 2:17-CV-00670-(KM)-(MAH) |
| Plaintiff, | : |
| | :RETURN DATE: JANUARY 2, 2018 |
| vs. | : |
| NEW JERSEY TRANSIT RAIL OPERATIONS, INC., | : ORDER |
| Defendant. | : |

This matter having been brought before the Court by plaintiff, Hector Lopez (ECF no.11) and the Court having considered the papers submitted and for good cause shown, it is on this 11th day of December, 2017; and defendant having stated that it does not object (ECF no.12)

ORDERED, that the motion (ECF no.11) is GRANTED, and that the within action is dismissed without prejudice and it is further;

ORDERED, that a copy of this Order be served upon all counsel of record within 7 days of receipt.

The clerk shall close the file.

_Kevin McNulty_
HON. MICHAEL HAMMER

Kevin McNulty
U.S. District Judge